JOHN N. TONNELE et al., as Executors of JOHN L. TONNELE, Deceased, et al., Respondents, *v.* HENRY PARISH et al., as Executors of MARGARET T. LUDLOW, Deceased, et al., Defendants, and LAURETTA H. HARDING, Individually and as Executrix of FRANCIS S. WETMORE, Deceased, et al., Appellants.

*Trusts and trustees — accounting — when trustee's accounts should not be surcharged with value of uninsured building comprising part of trust estate which had been destroyed by fire.*

*Tonnele* v. *Parish*, 206 App. Div. 664, affirmed.

(Argued January 14, 1924; decided February 19, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1923, unanimously affirming a judgment in favor of plaintiffs entered upon the report of a referee after trial of issues raised by appellants' objections to the account of the plaintiffs, as executors of John L. Tonnele, deceased, the successor trustee of a trust created by the will of John Tonnele, deceased, for the benefit of Rebecca T. Gay and remaindermen. The question involved on this appeal is whether the estate of the deceased trustee should be surcharged with the value of a certain uninsured building erected on trust property on the southwest corner of Sixth avenue and Eighteenth street, borough of Manhattan, New York city, which was destroyed by fire on or about the 19th day of April, 1916. Appellants contended that the trustee was personally liable for the value of the building and that his account should be surcharged accordingly.

*John E. Donnelly* for appellants.

*Harold R. Medina* and *Theodore M. Tonnele* for respondents.

*Charles Coleman Miller* for Katharine T. Bailey et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.